**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
Joseph Gekko

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. Cr.S-12-315 JAM |
| Plaintiff, | ) |
| | ) JOSEPH GEKKO |
| vs. | ) WAIVER OF PERSONAL PRESENCE |
| | ) |
| JOSEPH GEKKO, | ) |
| Defendant | ) |

Defendant, Joseph Gekko, hereby waives the right to be present in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, empanelment of jury and imposition of sentence. Defendant Joseph Gekko hereby requests the Court to proceed during every absence of the defendant which the Court may permit pursuant to this waiver; agrees that

defendant's interest will be deemed represented at all times by the presence of defendant's attorney, the same as if defendant were personally present; and further agrees to be present in person in court ready for trial any day and hour the Court may fix in defendant's absence.

    Defendant Joseph Gekko further acknowledges that he has been informed of his rights under Title 18 U.S.C. 3161-3174 of the Speedy Trial Act and authorizes her counsel to set times and delays under the Act without her being present.

DATED: December 26, 2012    I consent to the above waiver of personal appearance.

/s/Joseph Gekko
JOSEPH GEKKO
Defendant

DATED: December 26, 2012    I agree to the above waiver of personal appearance.

/s/Michael B. Bigelow
MICHAEL B. BIGELOW
Attorney for Defendant Gekko

DATED: December 27, 2012    I approve the above waiver of personal appearance.

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge