**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 443-0217
Email:mbigelow6401@sbcglobal.net

Attorney for Defendant
Joseph Gekko

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> ) <br> JOSEPH GEKKO ) <br> ) <br> Defendant ) <br> _____ ) | No. Cr.S-12-315 JAM <br><br> WAIVER OF PERSONAL APPEARANCE <br><br> APPROVAL |

    Pursuant to Federal Rules of Criminal Procedure, Rules 10 and 43(c)(3), defendant, Joseph Gekko hereby waives the right to be present in person in open court upon the hearing of any motion or other pre-trial proceeding in this cause, including arraignment on the Superseding Indictment in this case (Fed.Rule.Crim.Proc. Rule 10) except that he will agree to be personally present for any plea of guilty, sentencing or jury trial, and he agrees to be personally present in court when ordered by the court to be present.

    Defendant Gekko, hereby requests the court to proceed during every absence of him which the court may permit pursuant

-1-

to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant Gekko were personally present and further agrees to be present in court ready for hearing any day and hour the court may fix in his absence.

Defendant Gekko further acknowledges that he has been informed of his rights under Title 18 U.S.C. sections 3161-3174 of the Speedy Trial Act, and authorized his attorney to set times and delays und the Act without defendant Davis being present and agrees to waive any and all time under both the Sixth Amendment to the Constitution and the Speedy Trial Act regarding his rights to a speedy public jury trial.

Defendant Gekko further acknowledges that he has received a copy of the superseding indictment and that he pleads not guilty.

DATED: July 8, 2013         /S/JOSEPH GEKKO
                            Joseph Gekko
                            Defendant

Michael B. Bigelow, counsel for Joseph Gekko agrees with this waiver and acknowledges that defendant Gekko has received a copy of the superseding indictment and enters a plea of not guilty.

DATED:  July 8, 2013         /S/MICHAEL B. BIGELOW
                             Michael B. Bigelow
                             Attorney for Defendant

Note:    Document with original signatures maintained with
         counsel.

-2-

Approval

**IT IS SO APPROVED**

**Date:** 7/9/2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE