BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-315 JAM |
|---|---|
| Plaintiff, | MOTION AND STIPULATION AND ORDER DIRECTING THE MARSHAL SERVICE TO ARRANGE FOR OR FURNISH THE FARE FOR TRANSPORTATION TO THE EASTERN DISTRICT OF CALIFORNIA |
| v. | |
| JOSEPH GEKKO, | |
| Defendant. | COURT: Hon. John A. Mendez |

**MOTION AND STIPULATION**

United States of America, by and through its counsel of record, and defendant, JOSEPH GEKKO, by and through defendant's counsel Michael Bigelow, move the Court for an order directing the United States Marshal Service to arrange for the non-custodial transportation or furnish the fare for transportation and subsistence expenses to the United States Courthouse in Sacramento, Eastern District of California.

Section 4285 provides in part:
> Any judge or magistrate judge of the United States, when ordering a person released under chapter 207 on a condition of his subsequent appearance before that court, any division of that court, or any court of the United States in another judicial district in which criminal proceedings are pending, may, when the interests of justice would be served thereby and the United States judge or magistrate judge is satisfied, after appropriate inquiry, that the defendant is financially unable to provide the necessary transportation to appear before the required court on his own, direct the United States marshal to arrange for that person's means of noncustodial transportation or furnish the fare for such transportation to the place where his appearance is required, and in addition may direct the United States

> marshal to furnish that person with an amount of money for subsistence expenses to his destination….

Defendant JOSEPH GEKKO was released on conditions by this Court on November 6, 2012.

The parties agree and stipulate that defendant is indigent (upon defendant's representation) and is unable to provide the necessary transportation to appear before the Court on his own.  Defendant is scheduled to appear before the Court on June 17, 2014, for a change of plea.

IT IS SO MOVED AND STIPULATED.

Dated:  June 12, 2014                           BENJAMIN B. WAGNER
                                                United States Attorney


                                                /s/ PAUL A. HEMESATH
                                                PAUL A. HEMESATH
                                                Assistant United States Attorney


Dated:  June 12, 2014                           /s/ MICHAEL BIGELOW
                                                MICHAEL BIGELOW
                                                Counsel for Defendant
                                                JOSEPH GEKKO

**FINDINGS AND ORDER**

Defendant JOSEPH GEKKO was released on conditions by this Court on November 6, 2012. He is ordered to appear on June 17, 2014, by 9:30 a.m., in the United States District Court for the Eastern District of California in case 2:12-CR-315 JAM, for a change of plea. On June 12, 2014, the government and defense counsel filed a motion for transportation assistance pursuant to 18 U.S.C. § 4285. This Court finds that defendant has demonstrated that he is financially unable to provide transportation for this June 17, 2014, change of plea hearing in the Eastern District of California.

Pursuant to 18 U.S.C. § 4285, it is HEREBY ORDERED that the United States Marshal Service shall arrange for the non-custodial transportation or furnish the fare for transportation and subsistence expenses to the United States Courthouse in Sacramento, Eastern District of California. Round trip transportation is not authorized by 18 U.S.C. § 4285.

Dated: 6/12/2014

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

[PROPOSED ORDER]       1