**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
331 J Street, Suite 200
Sacramento, California 95814
Telephone: (916) 443-0217
Email:LawOffice.mbigelow@gmail.com

Attorney for Defendant
Joseph Gekko

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA        )<br>                                 )<br>            Plaintiff       )<br>                                 )<br>       vs.                      )<br>                                 )<br>                                 )<br>JOSEPH GEKKO                     )<br>                                 )<br>            Defendant       )<br>_____) | No. Cr.S-12-315 JAM<br><br>STIPULATION AND ORDER<br>CONTINUING SENTENCING AND<br>BRIEFING SCHECULE |

    It is hereby stipulated between the parties that Sentencing in this matter shall be continued to April 7, 2015, at 9:30 AM. The Draft PSR shall be disclosed on or before February 25, 2014. Written objections shall be due on March 10, 2015. The PSR shall be due by March 17, 2015.  Motion for corrections shall be due March 25, 2015. Reply shall be due by March 31, 2015.

    This extension of time is necessitated by the parties in order to accommodate scheduling conflicts and in order for

defendant to fulfill his obligations pursuant to the plea agreement.

Dated: August 30, 2014              Respectfully submitted,

                                          /s/MICHAEL B. BIGELOW
                                          Michael B. Bigelow
                                          Attorney for Defendant

**IT IS SO STIPULATED**

DATED: August 30, 2014        /s/MICHAEL B. BIGELOW
                                       Michael B. Bigelow
                                       Attorney for Defendant Gekko

DATED: August 30, 2014        /s/PAUL HEMESATH
                                       Paul Hemesath
                                       Assistant United States Attorney

**ORDERED**

**IT IS ORDERED:** that pursuant to stipulation the above sentencing in the above referenced matter shall be continued until April 7, 2015 at 9:30 AM. It is further ordered that the agreed to briefing schedule shall be adopted.

DATED: September 2, 2014      /s/ John A. Mendez
                                       **Hon. John A. Mendez**
                                       United States District Court Judge