**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
331 J Street, Suite 200
Sacramento, California 95814
Telephone: (916) 443-0217
Email:LawOffice.mbigelow@gmail.com

Attorney for Defendant
Joseph Gekko

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. Cr.S-12-315 JAM |
| ) Plaintiff ) | STIPULATION AND ORDER CONTINUING SENTENCING AND BRIEFING SCHEDULE |
| vs. ) | |
| ) | Date:  May 9, 2017 |
| JOSEPH GEKKO ) | Time:  9:15 AM |
| ) | Court: JAM |
| Defendant ) | |

It is hereby stipulated between the parties that Sentencing in this matter, presently scheduled for March 14, 2017 shall be continued to May 9, 2017, at 9:15 AM. It further stipulated between the parties that defendant's informal objections to the PSR will be due on or before March 28, 2017; the Amended Final PSR will be due on or before April 21, 2017 and written objections and sentencing memorandum to the Amended Final PSR will be due on or before April 28, 2017.

This extension of time is necessary for the following reasons: Mr. Gekko has agreed to cooperate in this matter and his cooperation includes testimony in the Loomis matter. The

status and related scheduling of trial in that matter, remains in a state of flux. The parties in this matter agree that Defendant Gekko should not be sentenced until after Loomis' status has been determined. The government is hopeful that the Loomis will be resolved by May 9, 2017.

Rescheduling of the briefing schedule relative to the PSR is necessary for the following reasons: Although the draft PSR was completed by probation in a timely manner, and filed appropriately, it is believed by undersigned that the filing found its way to undersigned's "junk mail" for reasons not at all clear, at least to undersigned. (Other U.S. v. Loomis matters unrelated to Gekko, have also found their way to junk mail; some have not.) Unfortunately, I do not always check my junk mail. As a result, I did not see the draft PSR.

However, for no real reason, but fortuitously, on the day the final PSR was filed this past week, I did check my junk mail, realized the U.S. v Loomis matter showing up there actually related to Gekko and so opened it. AUSA Hemsath was notified of my oversight and graciously agreed to this request.

Undersigned has not had an opportunity to meet with Mr. Gekko to discuss the PSR and its attachments and must do so. Mr. Gekko lives in Southern California and is unable to afford travel to Sacramento. Accordingly it will be necessary for undersigned to travel there to meet with him, as I have done on

other occasions. It currently is my intention to do during the second or third week of March.

    Undersigned regrets the inconvenience all of this has caused and respectfully requests this stipulation be granted.

Dated: February 24, 2017        Respectfully submitted,

                                        /s/MICHAEL B. BIGELOW  
                                        Michael B. Bigelow  
                                        Attorney for Defendant

**IT IS SO STIPULATED**

DATED: February 24, 2017       /s/MICHAEL B. BIGELOW  
                                        Michael B. Bigelow  
                                        Attorney for Defendant Gekko

DATED: February 24, 2017       /s/PAUL HEMESATH  
                                        Paul Hemesath  
                                        Assistant United States Attorney

**ORDER**

**IT IS ORDERED:** that pursuant to stipulation the above sentencing in the above referenced matter shall be continued until May 9, 2017, at 9:15 AM. It is further ordered that the agreed to briefing schedule shall be adopted.

DATED: February 24, 2017    /s/ John A. Mendez
**Hon. John A. Mendez**
United States District Court Judge