**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
331 J Street, Suite 200
Sacramento, California 95814
Telephone: (916) 443-0217
Email:LawOffice.mbigelow@gmail.com

Attorney for Defendant
Joseph Gekko

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> ) <br> JOSEPH GEKKO ) <br> ) <br> Defendant ) <br> ) | No. Cr.S-12-315 JAM <br><br> STIPULATION AND ORDER CONTINUING SENTENCING |

It is hereby stipulated between the parties that Sentencing in this matter shall be continued to August 22, 2017, at 9:15 AM. This extension of time is necessitated by the parties in order to accommodate scheduling conflicts and in order for the defendant to fulfill his obligations pursuant to the plea agreement.

Dated: May 4, 2017                    Respectfully submitted,

                                      /s/MICHAEL B. BIGELOW
                                      Michael B. Bigelow
                                      Attorney for Defendant

-1-

**IT IS SO STIPULATED**

DATED: May 4, 2017 /s/MICHAEL B. BIGELOW
Michael B. Bigelow
Attorney for Defendant Gekko

DATED: May 4, 2017 /s/PAUL HEMESATH
Paul Hemesath
Assistant United States Attorney

**ORDERED**

**IT IS ORDERED:** that pursuant to stipulation the above sentencing in the above referenced matter shall be continued until August 22, 2017, at 9:15 AM. It is further ordered that the agreed to briefing schedule shall be adopted.

DATED: May 4, 2017

/s/ JOHN A. MENDEZ
**Hon. John A. Mendez**
United States District Court Judge