**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
331 J Street, Suite 200
Sacramento, California 95814
Telephone: (916) 443-0217
Email:LawOffice.mbigelow@gmail.com

Attorney for Defendant
Joseph Gekko

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>)<br>JOSEPH GEKKO )<br>)<br>Defendant )<br>_____) | No. Cr.S-12-315 JAM<br><br>STIPULATION AND ORDER MODIFYING CONDITIONS OF RELEASE |

For the reasons stated below, defendant, Joseph Gekko, alone, through counsel, and the Government, through counsel, Assistant United States Attorney, Paul Hemaseth, stipulate that Mr. Gekko's condition of release may be modified to delete the requirement of Electronic Monitoring. This stipulation has been discussed with Pre-trial Services Officer, Darryl Walker, who is presently supervising Mr. Gekko, and he concurs.

By this Court's previous order Mr. Gekko was placed released on conditions and Pre-Trial supervision. Those conditions have included Electronic Monitoring. It is Mr. Walker's  considered opinion that Electronic Monitoring is no

-1-

longer required. All other conditions of release, as reflected in the previously issued memorandum of conditions prepared by Pre-Trial Services shall remain in full force and effect.

Dated: February 15, 2018        Respectfully submitted,

                                          /s/MICHAEL B. BIGELOW
                                          Michael B. Bigelow
                                          Attorney for Defendant

**IT IS SO STIPULATED**

DATED: February 15, 2018        /s/MICHAEL B. BIGELOW
                                          Michael B. Bigelow
                                          Attorney for Defendant Gekko

DATED: February 15, 2018        /s/PAUL HEMESATH
                                          Paul Hemesath
                                          Assistant United States Attorney

**IT IS SO ORDERED**

DATED: February 16, 2018        /s/ John A. Mendez
                                          **Hon John A. Mendez**
                                          United States District Court Judge