**12MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
331 J Street, Suite 200
Sacramento, California 95814
Telephone: (916) 443-0217
Email:LawOffice.mbigelow@gmail.com

Attorney for Defendant
Joseph Gekko

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> ) <br> JOSEPH GEKKO ) <br> ) <br> Defendant ) <br> ) | No. Cr.S-12-315 JAM <br><br> AMENDED STIPULATION AND ORDER CONTINUING GEKKO'S RESTITUTION HEARING |

It is hereby stipulated between the parties that Mr. Gekko's Restitution Hearing in this matter shall be continued to August 21, 2018, at 9:15 AM. This extension of time is requested by the parties and necessitated in order to accommodate scheduling conflicts and in order for the defendant to adequately prepare.

Counsel for the government is unavailable the first two week of July, and undersigned is unavailable for the last two weeks of July. The parties also agree that information and data currently being prepared by the government relative to the question of restitution claims has not yet been completed and so

-1-

has yet to be provided. The parties agree that that information is critical to the accuracy of the restitution claims.

Dated: June 5, 2018                    Respectfully submitted,

                                       /s/MICHAEL B. BIGELOW
                                       Michael B. Bigelow
                                       Attorney for Defendant

**IT IS SO STIPULATED**

DATED: June 5, 2018            /s/MICHAEL B. BIGELOW
                               Michael B. Bigelow
                               Attorney for Defendant Gekko

DATED: June 5, 2018            /s/PAUL HEMESATH
                               Paul Hemesath
                               Assistant United States Attorney

**ORDERED**

**IT IS ORDERED:** that pursuant to stipulation the restitution hearing in the above referenced matter shall be continued until August 21, 2018, at 9:15 AM.

DATED: June 6, 2018 /s/ John A. Mendez
**Hon. John A. Mendez**
United States District Court Judge